## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| ADVANCE NANOTECH, INC., ) | Case No. 11-10776 (MFW) |
| ) | |
| Debtor. ) | |
| _____) | |
| JEOFFREY L. BURTCH, AS CHAPTER 7 ) | |
| TRUSTEE OF THE ESTATE OF DEBTOR ) | |
| ADVANCE NANOTECH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. No. 13-51215 (MFW) |
| ) | |
| OWLSTONE, INC., BRETT BADER, ) | |
| THOMAS FINN, JOHN BUTTLES, ) | |
| INGALLS & SNYDER, LLC, and HORACE ) | |
| SHEPHARD BOONE, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### O R D E R

**AND NOW**, this **2nd** day of **APRIL, 2014**, upon consideration of the Motions to Dismiss and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motions are **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that the counts against I&S and Boone for breach of fiduciary duty are **DISMISSED,** with leave to amend the Complaint within thirty days hereof.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: David J. Margules, Esquire[1]

---

[1] Counsel is to serve a copy of this Memorandum Opinion on all interested parties and file a Certificate of Service with the Court.

**SERVICE LIST**

```
David J. Margules, Esquire
Bouchard, Margules & Friedlander
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801-3319
Counsel for the Trustee

William M. Alleman, Jr., Esquire
Daniel B. Butz, Esquire
Robert J. Dehney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Counsel for Owlstone, Inc., Ingalls & Snyder, LLC,
and Horace Shephard Boone
```